IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES SECURITIES AND ) <br> EXCHANGE COMMISSION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELFINDEPAN, S.A.; SOUTHERN ) <br> FINANCIAL GROUP; TRACY CALVIN ) <br> DUNLAP, JR.; BARRY LOWE; JAMES L. ) <br> MCCALL; STRATEGIC ASSET FUNDS, S.A.; ) <br> EDMUND MENDEN; MICHAEL MENDEN ) <br> AND MICHAEL ZIEGLMEIER ) <br> C.R.C.C. LLC and PATRICK WILSON; ) <br> JEFFREY SALAZAR; JAS CONSULTING ) <br> INTERNATIONAL, LLC; P. THOMAS ) <br> MANN; RDC FUNDING CORPORATION; ) <br> RDC DEVELOPMENT CORPORATION; and ) <br> PTM INVESTMENT CORPORATION ) <br> ) <br> Defendants ) <br> ) | CIVIL ACTION NO. <br> 1:00 CV 00742 |

**ORDER GRANTING RECEIVER'S MOTION TO AMEND EXHIBIT B OF RECEIVER'S MOTION OF APPROVAL OF GENERAL PLAN OF DISTRIBUTION TO CLAIMANTS OF CERTAIN ASSETS OF P. THOMAS MANN, ET AL.**

THIS MATTER coming on without hearing before the undersigned United States District Court Judge for the Middle District of North Carolina to approve the Receiver's Motion to Amend Exhibit B of Receiver's Motion of Approval of General Plan of Distribution to Claimants ("Motion to Amend Exhibit"). Due and proper notice of the Motion to Amend Exhibit has been given to all parties and no objections have been filed thereto. The Court, having reviewed the Motion to Amend Exhibit and all pleadings before it, finds that good and sufficient cause exists for the relief requested in the Motion to Amend Exhibit.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Receiver's Motion to Amend Exhibit shall be, and hereby is approved in all respects.

This the 7th day of September 2006.

/s/ William L. Osteen
United States District Judge